FILED by KS D.C.

Nov 17, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-60316-CR-SINGHAL/SNOW**

CASE NO. _____

46 U.S.C. § 70036(b)(1)
18 U.S.C. § 1512(b)(3)

UNITED STATES OF AMERICA

vs.

GUILLERMO GERMAN COQUELET,

   Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Violation of Captain of the Port Order
### (46 U.S.C. § 70036(b)(1))

On or about July 24, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**GUILLERMO GERMAN COQUELET,**

having notice of the terms of Captain of the Port order 19-001, issued by the District Commander of the United States Coast Guard's Seventh District, to include Broward County, on July 9, 2019, did knowingly and willfully fail to obey the order, in that **GUILLERMO GERMAN COQUELET** operated the vessel M/Y ISABELLA as a passenger vessel prior to satisfying the conditions specified in the order, that is, the vessel M/Y ISABELLA be operated in compliance with applicable laws and regulations, in violation of Title 46, United States Code, Sections 70036(b)(1) and 70002; Title 33, Code of Federal Regulations, Section 160.105; and Title 18, United States Code, Section 2.

## COUNT 2
## Tampering with a Witness
## (18 U.S.C. § 1512(b)(3))

From on or about July 6, 2019, through on or about August 20, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### GUILLERMO GERMAN COQUELET,

did knowingly attempt to corruptly persuade another person, with the intent to hinder, delay, and prevent the communication to a law enforcement officer of information relating to the commission and possible commission of a Federal offense in the Southern District of Florida, specifically the offense of Violating a Captain of the Port Order, as alleged in Count 1, in violation of Title 18, United States Code, Section 1512(b)(3).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
DANIEL CAHILL
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| GUILLERMO GERMAN COQUELET, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| | Superseding Case Information: |
| _____Defendant._____ / | |

**Court Division:** (Select One)      New defendant(s)  ☐ Yes  ☐ No
☐ Miami  ☐ Key West  ☑ FTL      Number of new defendants _____
☐ WPB  ☐ FTP      Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect _____

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days        ☑          Petty          ☐
   II   6 to 10 days       ☐          Minor          ☐
   III  11 to 20 days      ☐          Misdemeanor    ☐
   IV   21 to 60 days      ☐          Felony         ☑
   V    61 days and over   ☐

6. Has this case previously been filed in this District Court? (Yes or No)  No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No)  No

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No)  No

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No)  No

_____
DANIEL CAHILL
Special Assistant United States Attorney
Court ID No.        A5502753

*Penalty Sheet(s) attached                                             REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** GUILLERMO GERMAN COQUELET

**Case No:** _____

Count #: 1

Violation of Captain of the Port Order

Title 46, United States Code, Section 70036(b)(1)

**\* Max. Penalty:**     6 years' imprisonment

Count #: 2

Tampering with a Witness

Title 18, United States Code, Section 1512(b)(3)

**\* Max. Penalty:**     20 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.